**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | No. 08-30041 |
| Plaintiff - Appellee, | D.C. No. CR-06-00016-RHW |
| v. | |
| SERGIO ZAVALA-CERVANTEZ, | MEMORANDUM [*] |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the Eastern District of Washington
Robert H. Whaley, District Judge, Presiding

Submitted December 15, 2009 [**]

Before:      GOODWIN, WALLACE, and FISHER, Circuit Judges.

Sergio Zavala-Cervantez appeals from the 143-month sentence imposed

following his guilty-plea conviction for distribution of methamphetamine, in

---

[*]      This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

[**]      The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

NC/Research

violation of 21 U.S.C. § 841(a)(1), (b). We have jurisdiction pursuant to 28 U.S.C. § 1291, and we affirm.

Zavala-Cervantez contends that he received ineffective assistance of counsel at sentencing because his trial counsel failed to advocate for a 90-month sentence, despite having negotiated the right to argue for such a sentence in his plea agreement. We will not address this claim on direct appeal because it is not one of "the unusual cases[ ] (1) where the record on appeal is sufficiently developed to permit determination of the issue, or (2) where the legal representation is so inadequate that it obviously denies a defendant his Sixth Amendment right to counsel." *United States v. Jeronimo*, 398 F.3d 1149, 1155-56 (9th Cir. 2005); *see also United States v. Benford*, 574 F.3d 1228, 1231 (9th Cir. 2009).

**AFFIRMED.**